UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEPHEN J. PENTY,

    Petitioner,

v.                                              Case No. 5:15cv17/RV/CJK

JULIE L. JONES,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Second Report and Recommendation dated September 17, 2015. (Doc. 19). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's Report and Recommendation (doc. 19) is adopted and incorporated by reference in this order.

2. Petitioner's Motion for Court to Keep Jurisdiction (doc. 12) is DENIED.

3. Respondent's motion to dismiss (doc. 17) is GRANTED.

4. The petition for writ of habeas corpus (doc. 1) is DISMISSED AS MOOT.

5. The clerk is directed to close the file.

6. A certificate of appealability is DENIED.

**ORDERED** on this 19th day of October, 2015.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**